WALTER F. PYNE, Respondent, *v.* THE BROADWAY AND
SEVENTH AVENUE RAILROAD COMPANY, Appellant.

(Argued April 14, 1893; decided May 2, 1893.)

APPEAL from judgment of the General Term of the Court
of Common Pleas for the city and county of New York,

entered upon an order made May 9, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Henry L. Stimson* for appellant.

*Horace Russell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____